**Order entered August 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00696-CV

### PAULA WICKLIFFE, Appellant

### V.

### CHARLES TOOLEY, Appellee

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-14-04150-1**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on the Court's opinion of this date, we **MODIFY** the trial court's May 12, 2015 order and reduce the amount of the supersedeas bond to $5,400. In all other respects, we **AFFIRM** the trial court's order.

We **LIFT** the stay imposed by this Court's order dated June 26, 2015.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE